**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                            Case No.: 1:18−cr−00509
                                                                           Honorable Robert W. Gettleman

Kevin Delaney, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 17, 2021:

      MINUTE entry before the Honorable Robert W. Gettleman as to Kevin Dulaney: Telephonic hearing on Probation Officer's Special Report [117] held on 11/17/2021. Video bench trial set for 2/7/2022 at 10:00 a.m. The call−in number is (650) 479−3207 and the access code is 1809883385. Counsel of record will receive a link to the hearing prior to 2/7/2022. The parties are directed to file a list of the witnesses, including a summary of the substance and length of their testimony, a list of exhibits, and submit a copy of the exhibits to the courtroom deputy by 12/10/2021. Telephonic hearing set for 12/16/2021 at 9:15 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.